IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SCOTTIE PAUL REDDICK,

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

Appellant,

v.                                      CASE NO. 1D16-5085

STATE OF FLORIDA,

Appellee.
_____/

Opinion filed August 1, 2017.

An appeal from the Circuit Court for Liberty County.
Barbara K. Hobbs, Judge.

Scottie Paul Reddick, pro se, Appellant.

Pamela Jo Bondi, Attorney General, and Michael McDermott, Assistant Attorney
General, Tallahassee, for Appellee.

PER CURIAM.

        AFFIRMED.

B.L. THOMAS, C.J., and WOLF and WINOKUR, JJ., CONCUR.